

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2015

No. 04-14-00750-CV

**IN THE INTEREST OF W.M.T.K.**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-0141-CV
William Old, Judge Presiding

## O R D E R

Appellant's brief was due February 6, 2015, but it was not filed. Instead, counsel filed a motion to withdraw. The motion states that counsel served a copy of the motion on appellant and advised appellant of his right to object. Appellant has not objected or otherwise responded to the motion.

We therefore **grant** counsel's motion to withdraw. We **order** any new counsel for appellant must enter an appearance in this court by **March 2, 2015**. If appellant does not retain new counsel, appellant must file a pro se brief by **March 20, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court